

# Fourth Court of Appeals
## San Antonio, Texas

February 5, 2018

No. 04-17-00748-CR

Jesse **SALAZAR III**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 14-0930-CR-B
Honorable William Old, Judge Presiding

# O R D E R

The reporter's record in this appeal was originally due December 29, 2017. On January 2, 2018, the court reporter, Patricia Wagner, filed a notification of late record, requesting an extension of time until January 8, 2018 to file the record. After review, we granted Ms. Wagner's request. On January 9, 2018, Ms. Wagner filed a portion of the reporter's record, but contacted this court by telephone, stating she was having problems uploading the exhibits. Ms. Wagner also informed the court that her parents were very sick and she has been dedicating a lot of time to their care. Thereafter, on January 22, 2018, Ms. Wagner filed a notification of late record, requesting an extension of time until February 2, 2018 to file the remaining portion of the record. In her notification, Ms. Wagner informed the court that her father passed away on January 15, 2018. On January 30, 2018, Ms. Wagner contacted the court again, informing the court that her mother passed away.

After consideration of the foregoing, we **GRANT** Ms. Wagner's request for an extension of time, and we **ORDER** Ms. Wagner to file the remaining portion of the reporter's record **on or before March 9, 2018**.

We **order** the clerk of this court to serve a copy of this order on all counsel and court reporter Patricia Wagner.

_____
Marialyn Barnard, Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of February, 2018.

_____
Keith E. Hottle
Clerk of Court